UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

NORTH AMERICAN RECOVERY,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, LAWRENCE M. SCLAFANI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, NORTH AMERICAN RECOVERY, is a corporation and citizen of the State of Utah with its principal place of business at Suite 410, 5225 Wiley Post Way, Salt Lake City, UT 84116.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

8. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

9. Defendant left the following messages on Plaintiff's voice mail on his residential telephone on or about the dates stated:

> March 27, 2009 – Pre-Recorded Message
> This is a message for Samansed Juno. The information provided to us indicates this number belong to Samansed Juno. If you are not Samansed Juno, please hang up or disconnect. If you are Samansed Juno, please continue to listen to this message. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are Samansed Juno. Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information. I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR. This is a communication with a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us today about an important personal business matter at 801-364-0778. Thank you.

2

March 31, 2009 – Pre-Recorded Message
This is a message for Samansed Juno.  The information provided to us indicates this number belong to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this message.  This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

April 1, 2009 – Pre-Recorded Message
This is a message for Samansed Juno.  The information provided to us indicates this number belongs to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this message.  This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

April 2, 2009 – Pre-Recorded Message
This is a message for Samansed Juno.  The information provided to us indicates this number belongs to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause

again so you can make sure you will be the only one listening to this message. This message is from NAR. This is a communication with a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us today about an important personal business matter at 801-364-0778. Thank you.

April 13, 2009 – Pre-Recorded Message
This is a message for Samansed Juno. The information provided to us indicates this number belongs to Samansed Juno. If you are not Samansed Juno, please hang up or disconnect. If you are Samansed Juno, please continue to listen to this message. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are Samansed Juno. Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information. I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR. This is a communication with a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us today about an important personal business matter at 801-364-0778. Thank you.

April 15, 2009 – Pre-Recorded Message
This is a message for Samansed Juno. The information provided to us indicates this number belongs to Samansed Juno. If you are not Samansed Juno, please hang up or disconnect. If you are Samansed Juno, please continue to listen to this message. There will now be a pause in this message. By continuing to listen to this message, you acknowledge you are Samansed Juno. Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information. I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR. This is a communication with a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us today about an important personal business matter at 801-364-0778. Thank you.

April 24, 2009 – Pre-Recorded Message
This is a message for Samansed Juno. The information provided to us indicates this number belongs to Samansed Juno. If you are not Samansed Juno, please hang up or disconnect. If you are Samansed Juno, please

continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

May 7, 2009 – Pre-Recorded Message
This is a message for Samansed Juno.  The information provided to us indicates this number belongs to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

May 12, 2009 – Pre-Recorded Message
This is a message for Samansed Juno.  The information provided to us indicates this number belongs to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

May 13, 2009 – Pre-Recorded Message
This is a message for Samansed Juno.  The information provided to us indicates this number belongs to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

May 14, 2009 – Pre-Recorded Message
This is a message for Samansed Juno.  The information provided to us indicates this number belongs to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

May 18, 2009 – Pre-Recorded Message
This is a message for Samansed Juno.  The information provided to us indicates this number belongs to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this

message. This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

<u>May 26, 2009 – Pre-Recorded Message</u>
This is a message for Samansed Juno.  The information provided to us indicates this number belongs to Samansed Juno.  If you are not Samansed Juno, please hang up or disconnect.  If you are Samansed Juno, please continue to listen to this message.  There will now be a pause in this message.  By continuing to listen to this message, you acknowledge you are Samansed Juno.  Before listening to the remainder of this message, you should make sure that no other person can hear any part of the message because it does contain personal and private information.  I will now pause again so you can make sure you will be the only one listening to this message. This message is from NAR.  This is a communication with a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please contact us today about an important personal business matter at 801-364-0778.  Thank you.

<u>December 29, 2009 – Pre-Recorded Message</u>
If not home press 3, if I have the wrong number press 4, to repeat these choice press the * key.

10. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

11. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See <u>*Berg v. Merchs. Ass'n Collection Div*</u>., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

12. Some of the messages use a pre-recorded or artificial voice.

13. Some of the messages appear to be seeking to collect a debt from Samansed Juno.

7

14. Plaintiff is not liable for the debt of Samansed Juno, nor does Samansed Juno reside at Plaintiff's home.

15. Defendant used a pre-recorded or artificial voice to place telephone calls to Plaintiff's home telephone.

16. Plaintiff did not expressly consent to Defendant's placement of telephone calls to his home telephone by the use of a pre-recorded or artificial voice prior to Defendant's placement of the calls.

17. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

18. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

19. Plaintiff incorporates Paragraphs 1 through 18.

20. Defendant failed to disclose in some of the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

21.    Plaintiff incorporates Paragraphs 1 through 18.

22.    Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity, in some of the messages, when it failed to disclose its name and or that it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

23.    Plaintiff incorporates Paragraphs 1 through 18.

24. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

  c. Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS USING A PRE-RECORDED OR ARTIFICIAL VOICE

25. Plaintiff incorporates Paragraphs 1 through 18.

26. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using a pre-recorded or artificial voice in placing telephone calls to Plaintiff's residential telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

27.    Plaintiff incorporates Paragraphs 1 through 18.

28.    Defendant placed non-emergency telephone calls to Plaintiff's home telephone using a pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(B).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Ft. Lauderdale, FL 33339
    Telephone: 954-537-2000

Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658