UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60728-Civ-Gold/McAliley

LAWRENCE M. SCLAFANI,

      Plaintiff,

v.

NORTH AMERICAN RECOVERY,

      Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS

Plaintiff, Lawrence M. Sclafani, file this Unopposed Motion for Extension of Time in which to serve Plaintiff's Motion for Attorney's Fees and Costs and, in support thereof, states as follows:

    1.    Local Rule as amended April 2010 now requires a litigant to serve but not file any motion for attorney's fees within thirty days of the order giving rise to the right to attorney's fees. In this case, the Court entered a dismissal on November 29, 2010 (DE 20). Accordingly, Plaintiff is obligated to serve his motion for attorney's fees by December 29, 2010.

    2.    The parties are engaged in settlement negotiations to resolve the matter of Plaintiff's Attorney's Fees and Costs without Court involvement. Plaintiff's counsel believes that the negotiations are likely to be successful. Due to the holidays, along with numerous obligations in other cases, and the pending settlement negotiations, Plaintiff requests an extension of time up to and including

January 7, 2011, to serve Plaintiffs' Motion for Attorney's Fees and Costs, to which Defendant does not object.

  3. Plaintiff knows of no prejudice that would occur to Defendant should the Court grant the relief sought herein.

## **CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)**

The undersigned communicated with counsel for the Defendant who stated that Defendant does not oppose the relief sought herein.

WHEREFORE, Plaintiff requests this Court permit additional time up to and including January 7, 2011, in which to serve Plaintiff's Motion for Attorney's Fees and Costs.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60728-Civ-Gold/McAliley

LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

NORTH AMERICAN RECOVERY,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 29, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
Suite 1600
9155 South Dadeland Boulevard
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

Via Notices of Electronic Filing generated by CM/ECF